UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ROMAN and KIMBERLY ROSADO, individually and on behalf of those similarly situated,

Plaintiffs,

-v-

GVC LTD.,

Defendant.

CIVIL ACTION NO. 26 Civ. 3432 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephonic initial case management conference on August 17, 2026 (the "Conference"). (See Dkt. No. 11). Pursuant to the discussion at the Conference, the Court **ORDERS** the following:

1. By **August 19, 2026**, the parties shall order a copy of the Conference transcript by using the annexed form.

2. In advance of the Conference, the parties submitted their Report of Rule 26(f) Conference and Proposed Case Management Plan (Dkt. No. 16 (the "PCMP")), in which the parties disagree on the sequence of discovery. As discussed at the Conference, the Court declines to adopt the PCMP in full, and enters a modified version of the PCMP by separate Order that phases discovery consistent with the discussion during the Conference (the "CMP").

3. As discussed at the Conference, Phase I discovery shall include: (1) all discovery, including merits discovery, for the two named Plaintiffs, Miguel Roman and Kimberly Rosado (the "Named Plaintiffs"); (2) discovery concerning Defendant's termination of

187 employees in June 2025, (Dkt. No. 1 at 2), and their employment transition to Pride Transportation. Phase I discovery shall not include: (1) personnel files or payroll records for the other 185 potential class members; or (2) Defendant's financial information. As stated in the CMP, Phase I discovery shall be completed by **December 18, 2026**.

4. As discussed at the Conference, the parties shall meet and confer concerning the production of a small number of exemplars of the other 185 potential class members to identify whether the Named Plaintiffs' claims are in common with the other potential class members for the purpose of class certification.
5. As discussed at the Conference, and as stated in the CMP, the briefing schedules for Plaintiffs' anticipated motion for class certification and Defendant's anticipated motion for summary judgment, as well as the expert discovery schedule and the parties' trial-ready date are **HELD IN ABEYANCE**.
6. To the extent a discovery deadline is not addressed in this post-conference Order, the Court refers to the parties to the CMP.
7. By **October 15, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of discovery and identifying any discovery issues ripe for the Court's attention.

8. Another telephone conference to discuss the status of discovery and any discovery issues is scheduled for **October 20, 2026 at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
August 17, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL