UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ROMAN and KIMBERLY ROSADO, individually and on behalf of those similarly situated,

Plaintiffs,

-v-

GVC LTD.,

Defendant.

CIVIL ACTION NO. 26 Civ. 3432 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on October 20, 2026 (the "Conference") to discuss the status of discovery and the parties' discovery disputes, at which counsel for Miguel Roman ("Mr. Roman") and Kimberly Rosado ("Ms. Rosado," with Mr. Roman, "Plaintiffs") and counsel for Defendant GVC LTD. ("Defendant") appeared. (See Dkt. Nos. 20; 23–24). Following the Conference, the Court **ORDERS** the following:

1. By **October 22, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.

2. As discussed at the Conference, Plaintiffs' counsel intends to make a supplemental production of documents today, **October 20, 2026**, and substantially complete document productions by **October 27, 2026**.

3. With respect to Defendant's request for Plaintiffs' unemployment records from the New York State Department of Labor ("NYSDOL") (see Dkt. No. 23 at 5–7), the parties shall meet and confer following Plaintiffs' supplemental production(s). (See ¶ 2, supra).

4. With respect to Defendant's request that Plaintiffs expand the scope of their production of documents concerning Pride Transportation ("Pride") to include documents through December 26, 2026, six months following their termination on June 26, 2025, (see Dkt. No. 23 at 7–8), Plaintiffs shall expand the scope of their production of the Pride documents through October 31, 2025.

5. With respect to Defendant's request that Plaintiffs produce documents concerning third-party wage-replacement payments ("Third-Party Payments"), (see Dkt. No. 23 at 8–9), by **October 27, 2026**, Mr. Roman shall inform Defendant whether he received any Third-Party Payments during the relevant time period.

6. With respect to records already in Defendant's possession (see Dkt. No. 23 at 9–10), Plaintiffs' counsel confirmed during the Conference that "Plaintiffs are not withholding any responsive document on the grounds that [Defendant] already has it, and will produce what is in its possession, custody, or control without question." (Id. at 9).

7. With respect to privilege logs, (see Dkt. No. 23 at 10–11), the parties agreed during the Conference that neither side needs to log communications with their counsel of record concerning the subject matter of this action. The parties are referred to the Transcript for the full discussion on this issue.

8. With respect to deposition sequencing, (see Dkt. No. 23 at 11–12), the parties agreed during the Conference to schedule Ms. Rosado's deposition during the week of November 9, 2026, and to schedule Defendant's deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) shortly thereafter.

9. With respect to Plaintiffs' anticipated motion to amend the complaint (Dkt. No. 1) (the "Motion"), the Court sets the following briefing schedule:

    a. By **October 30, 2026**, Plaintiffs shall file the Motion along with a redlined amended complaint.

    b. By **November 13, 2026**, Defendant shall file its response.

    c. By **November 20, 2026**, Plaintiffs shall file their reply.

10. As discussed during the Conference, the briefing schedules for Plaintiffs' anticipated motion for class certification and Defendant's anticipated motion for summary judgment shall remain **HELD IN ABEYANCE**. (See Dkt. No. 20 ¶ 4).

11. By **November 12, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of discovery and identifying any discovery issues ripe for the Court's attention.

12. Another telephone conference to discuss the status of discovery and any discovery issues is scheduled for **November 17, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
October 20, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL