UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

-------------------------------------------------------X
MIGUEL ROMAN and KIMBERLY ROSADO, individually and on behalf of those similarly situated,

Plaintiffs,

-v-

CIVIL ACTION NO. 26 Civ. 3432 (JHR) (SLC)

GVC LTD.,

Defendant.
-------------------------------------------------------X

STIPULATION AND ~~[PROPOSED]~~ REVISED CASE MANAGEMENT PLAN AND SCHEDULING ORDER

WHEREAS the Court entered the Case Management Plan and a post-conference Order on August 17, 2026 (ECF Doc. Nos. 19, 20), an Order following the October 20, 2026 telephone conference (ECF Doc. No. 25), and the parties' Joint Electronic Discovery Submission No. 1 and Order on October 21, 2026 (ECF Doc. No. 27);

WHEREAS no electronically stored information has been collected from any electronic mail system to date, no protocol having been in place before October 21, 2026 (ECF Doc. No. 27, at 13), and the parties require additional time to complete collection, to exchange the hit reports on which no search term becomes binding, and to make the productions that follow;

WHEREAS plaintiffs have advised that they will move for leave to file an amended complaint adding named plaintiffs and withdrawing Miguel Roman as a named plaintiff, so that the operative pleading is not yet settled; and

WHEREAS no party has previously applied to this Court for an extension of any deadline or for the adjournment of any conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the approval of the Court, that the dates fixed by ECF Doc. Nos. 19, 20, 25 and 27 are extended by thirty days, as follows:

The Court notes that Plaintiffs have already filed their motion for leave to amend the complaint (Dkt. No. 28 (the "Motion")), and therefore their request to extend their deadline to file the Motion is **DENIED** as moot.

I. AMENDMENT OF THE PLEADINGS

1. ~~The last date to amend any pleading under Fed. R. Civ. P. 15 (a), and the date by which plaintiffs shall file their motion for leave to amend together with a redlined amended complaint, is extended from October 30, 2026 to November 30, 2026 (ECF Doc. No. 19 para 8 (b), at 12; ECF Doc. No. 25 para 9 (a), at 3).~~
2. Defendant shall file its response to the motion on or before December 14, 2026 (previously November 13, 2026; ECF Doc. No. 25 para 9 (b), at 3).
3. Plaintiffs shall file their reply on or before December 21, 2026 (previously November 20, 2026; ECF Doc. No. 25 para 9 (c), at 3).

II. ELECTRONIC DISCOVERY UNDER ECF DOC. NO. 27

4. Each party shall exchange the hit report required by ECF Doc. No. 27, at 8, on or before December 4, 2026 (previously November 4, 2026). No search term is binding until the hit reports are exchanged.
5. On or before December 11, 2026 (previously November 11, 2026): plaintiffs shall identify the general types of devices and accounts on which they keep relevant electronically stored information (ECF Doc. No. 27, at 5); defendant shall identify each of its systems, with its platform (id. at 6, 12); and defendant shall supplement the cost paragraph with an estimate (id. at 20).

6. Defendant shall substantially complete its production of electronically stored information collected under ECF Doc. No. 27 on or before December 21, 2026 (previously November 20, 2026), subject to any extension the volumes disclosed by the hit reports require, as ECF Doc. No. 27, at 13, provides.
7. The parties' next meet-and-confer conference on electronic discovery shall take place on or before December 15, 2026 (previously November 17, 2026), and the joint agenda required by ECF Doc. No. 27, at 22, shall be submitted to the Court four days before the rescheduled Court conference.

III. DEPOSITIONS AND FACT DISCOVERY

8. Ms. Rosado's deposition shall be taken during the week of December 14, 2026 (previously the week of November 9, 2026), and defendant's deposition under Fed. R. Civ. P. 30 (b) (6) shall be scheduled shortly thereafter (ECF Doc. No. 25 para 8, at 2).
9. Phase 1 depositions, limited to five per party, shall be completed on or before January 4, 2027 (previously December 4, 2026; ECF Doc. No. 19 para 6, defendant's proposal (3), at 10).
10. Phase 1 fact discovery shall be completed on or before January 19, 2027 (previously December 18, 2026; ECF Doc. No. 19 para 6, defendant's proposal (1), at 10; ECF Doc. No. 20 para 3, at 2).
11. Privilege logs shall be exchanged on or before February 3, 2027 (previously January 4, 2027; ECF Doc. No. 19 para 6 (C) (i), at 10).

IV. JOINT LETTER AND CONFERENCE

12. The parties shall file the joint letter setting forth the status of discovery and identifying any discovery issues ripe for the Court's attention on or before December 11, 2026 at 5:00 p.m. ET (previously November 12, 2026; ECF Doc. No. 25 para 11, at 3). Thirty days from the original date falls on Saturday, December 12, 2026, and the parties propose the preceding business day so that the letter continues to precede both the conference and defendant's response, as it did under ECF Doc. No. 25.

13. The parties respectfully request that the telephone conference set for November 17, 2026 at 12:00 p.m. ET (ECF Doc. No. 25 para 12, at 3) be adjourned to ~~December 17, 2026 at 12:00 p.m. ET, or to~~ December 21, 2026 at 12:00 p.m. ET, or to such other date as the Court directs. Counsel for all parties are available on both proposed dates.

V. MATTERS NOT AFFECTED BY THIS STIPULATION

14. The briefing schedules for plaintiffs' anticipated motion for class certification and defendant's anticipated motion for summary judgment, the expert discovery schedule, and the parties' trial-ready date remain HELD IN ABEYANCE (ECF Doc. No. 19 paras 6, 9, 12; ECF Doc. No. 20 para 5, at 2; ECF Doc. No. 25 para 10, at 3).

15. Nothing in this Stipulation alters the determinations in ECF Doc. No. 25, including paragraph 4 (the scope of plaintiffs' production of documents concerning Pride Transportation through October 31, 2025), paragraph 6, or paragraph 7 (the parties' agreement that neither side need log communications with its counsel of record concerning the subject matter of this action).

16. Nothing in this Stipulation extends or excuses the obligations fixed by paragraphs 2 and 5 of ECF Doc. No. 25, or plaintiffs' service of verified supplemental responses to defendant's document requests and interrogatories, including the good-faith damages

computation called for by Interrogatory No. 2, to which defendant consented on October 28, 2026 on the footing that they would be served on or before October 30, 2026.

VI. GENERAL

17. No party waives any right, objection or defense by entering into this Stipulation. Defendant's agreement to the revised schedule is not a concession that this action may be maintained as a class action, and defendant reserves its objections and positions under Fed. R. Civ. P. 23, 26 (c) and 26 (d) (3) and as to Article III standing.

18. This Stipulation may be executed in counterparts and by electronic signature, and a signed copy transmitted by electronic mail shall be treated as an original.

Dated: October 28, 2026

STRANCH, JENNINGS & GARVEY, PLLC

By: /s/ Mariah S. England
Gregory S. Mullens
J. Gerard Stranch, IV (pro hac vice)
Mariah S. England (pro hac vice)
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
mengland@stranchlaw.com
Attorneys for Plaintiffs

TRIVELLA & FORTE, LLP

/s/Christopher Smith__________
Christopher Smith
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
(914) 949-9075
chris@tfsllp.com
Attorneys for Defendant GVC Ltd.

SO ORDERED.

Dated: November 6, 2026
New York, New York

SARAH L. CAVE
United States Magistrate Judge

As stated on page 4 of this Order, the telephone conference scheduled for November 17, 2026 at 12:00 p.m. ET (Dkt. No. 25 at 3) is **ADJOURNED** to **December 21, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. By **December 11, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of discovery and identifying any discovery issues ripe for the Court's attention.

The Clerk of Court is respectfully directed to close Dkt. No. 32.

SO ORDERED. November 6, 2026

**SARAH L. CAVE**
**United States Magistrate Judge**